UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GARCEIA COLEMAN,

    Petitioner,

v.                                          Case No. 11-C-305

GREGORY GRAMS,

    Respondent.

**ORDER**

Garceia Coleman filed this petition pursuant to 28 U.S.C. § 2254. The petition was denied, as was a certificate of appealability and a motion to proceed IFP on appeal. Petitioner then filed a request with the clerk of courts asking that certain documents be included in the record on appeal. Among these are documents, including a published appellate case, that are not part of the record. The implicit request to enlarge the record on appeal is **DENIED**. The court of appeals will be able to address the merits of the appeal based solely on the filings made in this action.

**SO ORDERED** this   22nd   day of July, 2011.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach
                                                    United States District Judge